On petitioner's petition for reconsideration filed June 29, reconsideration allowed; former opinion (91 Or App 592, 757 P2d 857) adhered to September 14, petition for review denied by opinion December 20, 1988
See 307 Or 236 (1988)

In the Matter of the Compensation of
Tony Fazzolari, Claimant.

## FAZZOLARI,
*Petitioner,*

*v.*

## UNITED BEER DISTRIBUTORS et al,
*Respondents.*

(WCB 85-16090; CA A45497)

761 P2d 6

Randy G. Rice, Portland, for petition.

Before Buttler, Presiding Judge, and Warren and Rossman Judges.

WARREN, J.

**WARREN, J.**

Employer petitions for review of our opinion in *Fazzolari v. United Beer Distributors,* 91 Or App 592, 757 P2d 857 (1988). We treat the petition as a petition for reconsideration, ORAP 10.10, and allow reconsideration for the purpose of amplifying our opinion. Employer contends that we incorrectly stated that claimant did not return to work until after August 12, 1985, when, in fact, he returned to work immediately after he was released for work on March 22, 1985. We reviewed this matter under ORS 656.298(6) only for substantial evidence. Although there is some evidence to suggest that claimant returned to work when he was released for work in March, 1985, there is also evidence to support the referee's finding, which the Board affirmed, that claimant did not return to work until after August 12, 1985. We therefore adhere to our former opinion.

Reconsideration allowed; former opinion adhered to.